UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

BETSIBETH YANIDE CHIRINOS
RODRIGUEZ,                                                                    Petitioner,

v.                                                          Civil Action No. 4:26-cv-401-DJH

JASON WOOSLEY, Jailer, Grayson County
Detention Center et al.,                                                     Respondents.

* * * * *

## ORDER

Petitioner Betsibeth Yanide Chirinos Rodriguez, by counsel, filed a petition seeking a writ of habeas corpus under 28 U.S.C. § 2241.  Upon review of the petition, it is hereby

ORDERED as follows:

(1)     The Clerk of Court shall **serve** the United States Attorney for the Western District of Kentucky electronically at the following email address: ben.schecter@usdoj.gov.

(2)     The Clerk of Court shall **forward by certified mail, return receipt requested** one copy of the petition (Docket No. 1) and this Order on Respondent Jason Woosley.

(3)     The Court finds good cause under 28 U.S.C. § 2243 to set the schedule for the return and hearing as set forth below.

(4)     **On or before June 12, 2026**, Respondents shall **SHOW CAUSE** why the writ of habeas corpus should not be granted.  *See* 28 U.S.C. § 2243; Fed. R. Civ. P. 6(a).

(5)     Petitioner may file a reply **on or before June 15, 2026**.

(6)     If either party requests an evidentiary hearing, they shall so advise the Court by written motion **on or before June 12, 2026**.  *See* 28 U.S.C. § 2243.  In the event of an evidentiary hearing, Petitioner may appear by Zoom if the option is available with the Grayson County Detention Center.  Counsel may contact the Court's case manager, Natalie Thompson, at NThompson@kywd.uscourts.gov to arrange for Petitioner to appear by Zoom.

June 9, 2026

David J. Hale, Chief Judge
United States District Court

1